UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERVARES WILLIAMS,

    Petitioner,                                       Civil Action No. 08-CV-14568

vs.                                             HON. BERNARD A. FRIEDMAN

GERALD D. HOFBAUER,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the court on petitioner's application for a writ of habeas corpus. Magistrate Judge Paul J. Komives has submitted a Report and Recommendation ("R&R") in which he recommends that the court deny petitioner's application and decline to issue a certificate of appealability. Neither party has filed objections to the R&R and the time for doing so has expired. Having reviewed petitioner's application, respondent's answer, petitioner's reply to respondent's answer, and the R&R, the court is persuaded that the magistrate judge has correctly analyzed all of the issues and that his recommendation is sound. Accordingly,

IT IS ORDERED that Magistrate Judge Komives' R&R is hereby accepted and adopted as the findings and conclusions of the court.

Civil Action No. 08-CV-14568

IT IS FURTHER ORDERED that petitioner's application for a writ of habeas corpus is denied.

IT IS FURTHER ORDERED that no certificate of appealability shall issue.

                                                s/Bernard A. Friedman
                                                BERNARD A. FRIEDMAN
                                                SENIOR UNITED STATES DISTRICT JUDGE

Dated: June 15, 2010
       Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager to Judge Friedman

2